IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DUANE L. HARTMAN and DLH, Inc., a Nebraska corporation, d/b/a COACHES SPORTS BAR & GRILL, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:04CV393 |
| v. | ) ) | |
| BOB WORKMAN, LINDA STEINMAN, LARRY HUDKINS, BERNIE HEIER, and KATHY CAMPBELL, all in their individual and official capacities as members, or former member, of the Board of Commissioners of Lancaster County, Nebraska, and RAY STEVENS and DEB SCHORR, in their official capacities as current members of the Lancaster County Board of Commissioners; and LANCASTER COUNTY, NEBRASKA, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on plaintiffs' motion to dismiss parties Bob Workman, Linda Steinman, Larry Hudkins, Bernie Heier and Kathy Campbell, as individuals only (Filing No. 30). The Court notes no objections have been filed to said motion. Accordingly,

IT IS ORDERED that plaintiffs' motion to dismiss is granted; Bob Workman, Linda Steinman, Larry Hudkins, Bernie Heier

and Kathy Campbell are each dismissed in their individual capacity only.

DATED this 8th day of June, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court