IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
DUANE L. HARTMAN and DLH,       )
Inc., a Nebraska corporation,   )
d/b/a COACHES SPORTS BAR &      )
GRILL,                          )
                                )
            Plaintiffs,         )         8:04CV393
                                )
      v.                        )
                                )
BOB WORKMAN, LINDA STEINMAN,    )         ORDER
LARRY HUDKINS, BERNIE HEIER,    )
and KATHY CAMPBELL, all in      )
their individual and            )
official capacities as          )
members, or former member, of   )
the Board of Commissioners of   )
Lancaster County, Nebraska,     )
and RAY STEVENS and DEB         )
SCHORR, in their official       )
capacities as current members   )
of the Lancaster County Board   )
of Commissioners; and           )
LANCASTER COUNTY, NEBRASKA,     )
                                )
            Defendants.         )
_____)
```

This matter is before the Court on plaintiffs' motion for extension of time to complete discovery (Filing No. 32), and plaintiffs' unopposed motion for extension of time to complete discovery (Filing No. 36).  Accordingly,

IT IS ORDERED:

1) Plaintiffs' motion for extension of time to completed discovery (Filing No. 32) is denied as moot;

2) Plaintiffs' unopposed motion for extension of time to completed discovery (Filing No. 36) is granted; plaintiff and defendant shall have until October 17, 2005, to complete all discovery in this case;

3) The parties shall have an additional fourteen (14) days to serve and respond to their respective discovery requests.

DATED this 7th day of September, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court