IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DUANE L. HARTMAN and DLH, Inc., a Nebraska corporation, d/b/a COACHES SPORTS BAR & GRILL, ) ) ) ) ) | | |
| Plaintiffs, ) ) | | 8:04CV393 |
| v. ) ) | | |
| BOB WORKMAN, LINDA STEINMAN, LARRY HUDKINS, BERNIE HEIER, and KATHY CAMPBELL, all in their individual and official capacities as members, or former member, of the Board of Commissioners of Lancaster County, Nebraska, and RAY STEVENS and DEB SCHORR, in their official capacities as current members of the Lancaster County Board of Commissioners; and LANCASTER COUNTY, NEBRASKA, ) ) ) ) ) ) ) ) ) ) ) ) ) | | ORDER |
| Defendants. ) | | |

This matter is before the Court on the joint motion for extension of deadline for filing summary judgment motions (Filing No. 41). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted; the parties shall have until November 1, 2005, to file summary judgment motions.

DATED this 24th day of October, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court