IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
DUANE L. HARTMAN and DLH,      )
Inc., a Nebraska corporation,  )
d/b/a COACHES SPORTS BAR &     )
GRILL,                         )
                               )
            Plaintiffs,        )        8:04CV393
                               )
      v.                       )
                               )
BOB WORKMAN, LINDA STEINMAN,   )        ORDER
LARRY HUDKINS, BERNIE HEIER,   )
and KATHY CAMPBELL, all in     )
their individual and           )
official capacities as         )
members, or former member, of  )
the Board of Commissioners of  )
Lancaster County, Nebraska,    )
and RAY STEVENS and DEB        )
SCHORR, in their official      )
capacities as current members  )
of the Lancaster County Board  )
of Commissioners; and          )
LANCASTER COUNTY, NEBRASKA,    )
                               )
            Defendants.        )
_____)
```

This matter is before the Court on the stipulation of parties pursuant to Federal Rule of Appellate Procedure 11 regarding retaining of the record in the district court (Filing No. 68) and plaintiff's unopposed motion for leave to check out trial exhibits (Filing No. 71). The Court finds said motions should be granted. Accordingly,

IT IS ORDERED:

1) The stipulation of the parties is adopted and the clerk of the district court shall retain the record of proceedings temporarily as to allow the parties to utilize the same in preparing papers on appeal and their "joint appendix."

2) Plaintiff's motion for leave to check out exhibits is granted; the plaintiff may check out and take possession of the trial exhibits for a period of ten (10) days.

DATED this 4th day of April, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court